STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH F. LYNCH, JR., DEFENDANT-PETITIONER.

*Mr. Saul Neivert* for the petitioner.

*Mr. H. Douglas Stine* and *Mr. George Perselay* for the respondent.

September 30, 1963.   Denied.

UNITED STATES CASUALTY COMPANY, PLAINTIFF-RESPONDENT, v. ROGER REICH, DEFENDANT-PETITIONER.

See same case below: 79 *N. J. Super.* 493.

*Messrs. Krieger & Chodash* for the petitioner.

*Messrs. Levy, Lemken & Margulies* for the respondent.

September 30, 1963.   Denied.